*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

CASE NO. 06-80156-CR-HURLEY

**UNITED STATES OF AMERICA,**
  **Plaintiff,**

v.

**BRANDON WEISMAN,**
  **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 429], dated April 29, 2014. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, May 22, 2014, at 10:45 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of May, 2014.

**copy furnished:**
AUSA Lawrence D. Lvecchio
AFPD Robert E. Adler
United States Marshal's Service
United States Probation Office

              Daniel T. K. Hurley
              United States District Judge